[No. 2062]

STATE OF NEVADA, ON THE RELATION OF JOHN SPARKS, ET AL., PLAINTIFF, *v.* STATE BANK AND TRUST COMPANY (A CORPORATION), ET AL., DEFENDANTS.

IN THE MATTER OF THE INTERVENING PETITION OF W. A. INGALLS, PETITIONER AND RESPONDENT, *v.* FRANK L. WILDES, AS RECEIVER OF THE STATE BANK AND TRUST COMPANY, APPELLANT.

[See Case No. 2083, page 526, *ante.*]

*Mack & Green* and *A. A. Heer,* for Appellant.

*Sweeney & Morehouse,* for Respondent.

By the Court, McCARRAN, J.:

The question of the right of the receiver to appeal in this case having been raised by the respondent and the matter involved being analogous to that determined by this court in the case of *State of Nevada, ex rel. John*

*Sparks, et al.,* v. *State Bank and Trust Company, et al.,* being No. 2083, and the decision therein being determinative of the question of appeal, as involved in this case, it follows from the reasoning as laid down therein that the appeal should be dismissed.

It is so ordered.